**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Antonette Bosh**
   Debtor(s)

Bankruptcy Case No.: 15–20557–CMB

Chapter: 13
Docket No.: 59 – 58

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 30th of July, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/14/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/16/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/14/20.**

 

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20557-CMB
Antonette Bosh                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Jul 30, 2020
                             Form ID: 408             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db            +Antonette Bosh,   716 15th Street,   Ambridge, PA 15003-1905
tr            +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
13999070       Boscov's,   P.O. Box 71106,   Charlotte, NC 28272-1106
13999069      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Best Buy,   P.O. Box 183195,   Columbus, OH 43218-3195)
13999074      +Home Depot,   P.O. Box 790328,   Saint Louis, MO 63179-0328
13999077       Macy's,   P.O. Box 183083,   Columbus, OH 43218-3083
13999079       Nissan Motor Acceptance Corporation,   P.O. Box 6603660,   Dallas, TX 75266-0360
14044735      +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13999080       PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
13999081       Sears Mastercard,   P.O. Box 183082,   Columbus, OH 43218-3082
14123103      +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC # D3347-014,
               3476 Stateview Boulevard,,   Fort Mill, SC 29715-7203
13999083      +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2020 05:10:21
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL 33131-1605
14071859      +E-mail/Text: bnc@bass-associates.com Jul 31 2020 05:02:40     Cavalry SPV I, LLC,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
13999071      +E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 31 2020 05:02:46
               Citizens Bank Card Services,   P.O. Box 42010,   Providence, RI 02940-2010
14044411       E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13999072       E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49     Discover Card,   P.O. Box 71084,
               Charlotte, NC 28272-1084
13999073       E-mail/Text: dplbk@discover.com Jul 31 2020 05:04:54     Discover Personal Loans,
               P.O. Box 6105,   Carol Stream, IL 60197-6105
14044221      +E-mail/Text: dplbk@discover.com Jul 31 2020 05:04:54     Discover Personal Loans,
               PO Box 30954,   Salt Lake City, UT 84130-0954
14126731      +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2020 05:05:12     Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13999075       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:50     JC Penney,   c/o Synchrony Bank,
               P.O. Box 960090,   Orlando, FL 32896-0090
13999076      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:44     Lowe's,   P.O. Box 530914,
               Atlanta, GA 30353-0914
15048571       E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M & T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0810
13999078       E-mail/Text: e-bankruptcy@nasafcu.com Jul 31 2020 05:02:34     NASA FCU,   P.O. Box 1588,
               Bowie, MD 20717-1588
14067224       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:11:09
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14064189      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 05:09:31
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14006424       E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2020 05:09:25
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13999082       E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:39     Springleaf Financial,
               P.O. Box 742536,   Cincinnati, OH 45274-2536
                                                                                   TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Lakeview Loan Servicing LLC
cr             M & T BANK
cr             Wells Fargo Bank, NA
                                                                       TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: gamr              Page 2 of 2          Date Rcvd: Jul 30, 2020
                              Form ID: 408            Total Noticed: 28
```

```
                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
          James  Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Joseph P. Schalk     on behalf of Creditor    Wells Fargo Bank, NA jschalk@barley.com,
           sromig@barley.com
          Kenneth  Steidl    on behalf of Debtor Antonette  Bosh julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 6
```