**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANTONETTE BOSH

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.: 15-20557

Chapter 13

Related to: Document No. 58

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __September__, 20 __20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/15/20 6:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20557-CMB
Antonette Bosh                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Sep 15, 2020
                              Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
```
db            +Antonette Bosh,    716 15th Street,    Ambridge, PA 15003-1905
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
13999070       Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
13999069      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Best Buy,    P.O. Box 183195,    Columbus, OH 43218-3195)
13999074      +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
13999077       Macy's,    P.O. Box 183083,    Columbus, OH 43218-3083
13999079       Nissan Motor Acceptance Corporation,    P.O. Box 6603660,    Dallas, TX 75266-0360
14044735      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13999080       PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13999081       Sears Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
14123103      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
               3476 Stateview Boulevard,,    Fort Mill, SC 29715-7203
13999083      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2020 05:48:51
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
14071859      +E-mail/Text: bnc@bass-associates.com Sep 16 2020 05:38:39     Cavalry SPV I, LLC,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
13999071      +E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 16 2020 05:38:42
               Citizens Bank Card Services,    P.O. Box 42010,    Providence, RI 02940-2010
14044411       E-mail/Text: mrdiscen@discover.com Sep 16 2020 05:38:44     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13999072       E-mail/Text: mrdiscen@discover.com Sep 16 2020 05:38:44     Discover Card,    P.O. Box 71084,
               Charlotte, NC 28272-1084
13999073       E-mail/Text: dplbk@discover.com Sep 16 2020 05:41:34     Discover Personal Loans,
               P.O. Box 6105,    Carol Stream, IL 60197-6105
14044221      +E-mail/Text: dplbk@discover.com Sep 16 2020 05:41:35     Discover Personal Loans,
               PO Box 30954,    Salt Lake City, UT 84130-0954
14126731      +E-mail/Text: kburkley@bernsteinlaw.com Sep 16 2020 05:42:12     Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13999075       E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 05:48:44     JC Penney,   c/o Synchrony Bank,
               P.O. Box 960090,    Orlando, FL 32896-0090
13999076      +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 05:48:44     Lowe's,    P.O. Box 530914,
               Atlanta, GA 30353-0914
15048571       E-mail/Text: camanagement@mtb.com Sep 16 2020 05:38:56     M & T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0810
13999078       E-mail/Text: e-bankruptcy@nasafcu.com Sep 16 2020 05:38:22     NASA FCU,    P.O. Box 1588,
               Bowie, MD 20717-1588
14067224       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2020 05:49:45
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14064189      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 16 2020 05:48:54
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14006424       E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2020 05:48:51
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13999082       E-mail/PDF: cbp@onemainfinancial.com Sep 16 2020 05:49:06     Springleaf Financial,
               P.O. Box 742536,    Cincinnati, OH 45274-2536
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Lakeview Loan Servicing LLC
cr             M & T BANK
cr             Wells Fargo Bank, NA
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2         User: mgut              Page 2 of 2            Date Rcvd: Sep 15, 2020
                             Form ID: pdf900         Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, NA jschalk@barley.com,
           sromig@barley.com
          Kenneth   Steidl    on behalf of Debtor Antonette   Bosh julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```